Sidney B. HARR, Plaintiff-Appellant,

v.

Richard H. BRODHEAD, President; Duke University, c/o Pamela J. Bernard, General Counsel; Associated Press; David F. Levi, Dean, Defendants-Appellees.

No. 16-1846

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016
Decided: December 22, 2016

Sidney B. Harr, Appellant Pro Se.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

PER CURIAM:

Sidney B. Harr appeals the district court's order dismissing on res judicata grounds his civil action against Defendants, and imposing a prefiling injunction against and sanctions on Harr. We have reviewed the record and found no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harr v. Brodhead, No. 1:16-cv-00304-CCE-JLW (M.D.N.C. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

AFFIRMED